# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

TERRY T. DAVIS, JR.,

    Plaintiff,

v.                                                                                            Case No. 1:24cv145-MCR-HTC

SECRETARY RICKY DIXON,

    Defendant.

_____/

## **ORDER**

The Magistrate Judge issued a Report and Recommendation dated December 9, 2024 (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 15) is adopted and incorporated by reference in this Order.

2. Davis's Motion for Temporary and Preliminary Injunctive Relief (ECF No. 6) is DENIED.

3.  The clerk will refer this case to the assigned Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 31st day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**