UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRY T. DAVIS, JR.,

    Plaintiff,

v.                                              Case No. 1:24cv145-MCR-HTC

RICKY DIXON,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation dated February 6, 2025 (ECF No. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this Order.

2. Secretary Dixon's motion to dismiss (ECF No. 18) is GRANTED IN PART and DENIED IN PART as set forth below.

3. Dixon's request to dismiss Davis's claims based on his failure to exhaust his administrative remedies is DENIED.

4. Davis's First Amendment claim is DISMISSED WITH PREJUDICE for failure to state a claim.

5. Davis's Fourteenth Amendment claim is DISMISSED WITH PREJUDICE for failure to state a claim.

6. Dixon must file an answer to Davis's complaint (ECF No. 1) within fourteen (14) days of the date of this Order.

7. The clerk is directed refer this case to the assigned Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 25th day of April 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 1:24cv145-MCR-HTC