**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**TERRY T. DAVIS, JR.,**

    **Plaintiff,**

**v.**                                                              **Case No. 1:24cv145-MCR-HTC**

**RICKY DIXON,**

    **Defendant.**
_____/

**<u>ORDER</u>**

The Magistrate Judge issued a Report and Recommendation on November 18, 2025. ECF No. 41. The Parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 41, is adopted and incorporated by reference in this Order.

2.    Secretary Dixon's Motion for Summary Judgment, ECF No. 36, is GRANTED.

3.    Plaintiff's "Motion to Withdraw Claim," ECF No. 42, is DENIED.

4.      The Clerk shall enter judgment in favor of Secretary Dixon and close the file.

      **DONE AND ORDERED** this 21st day of July, 2026.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 1:24cv145-MCR-HTC